■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAUDE FOOTMAN BEY, Appellant. (Appeal No. 2.)—Order unanimously affirmed. Same memorandum as in *People v Bey* ([appeal No. 1] 167 AD2d 868 [decided herewith]). (Resubmission of appeal from order of Monroe County Court, Celli, J.—CPL art 440.) Present—Denman, J. P., Green, Balio, Lawton and Davis, JJ.